THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 William D. Taylor, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

 Appeal From Dorchester County
Rodney A. Peeples, Circuit Court Judge

Memorandum Opinion No. 2005-MO-048
Submitted September 22, 2005 - Filed October 10, 2005

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Assistant Appellate Defender Robert M. Pachak, of the Office of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Elizabeth R. McMahon, all of Columbia for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the denial of Post-Conviction Relief to Petitioner William D. Taylor.  We now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.